1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DANBEE C. KIM (CABN 350014)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Fax: (415) 436-7234
        Danbee.kim2@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) No. 3:23-cr-00008 JD
                                            )
14 |     Plaintiff,                         ) **STIPULATION AND [PROPOSED] ORDER TO**
                                            ) **CONTINUE STATUS CONFERENCE AND**
15 |   v.                                   ) **EXCLUDE TIME**
                                            )
16 | ADAM NICHOLAS SIMONOFF,                )
                                            )
17 |     Defendant.                         )
                                            )
18

19      The parties to the above-captioned matter respectfully request that the status conference in this

20 case currently set for October 2, 2023 be continued to October 23, 2023. Discovery was produced

21 pursuant to a protective order (ECF 6) on March 22, 2023. The Defendant had his initial appearance and

22 arraignment on June 16, 2023. Defense counsel has been on trial this month and anticipates concluding

23 trial on or about October 6, 2023. As such, the parties jointly request the status conference be continued

24 in order to allow for additional discovery review and plea negotiations.

25      The parties further stipulate and agree that in the interest of justice, time from October 2, 2023,

26 through October 23, 2023, should be excluded from computation under the Speedy Trial Act in order to

27 allow counsel time to review discovery produced by the government. 18 U.S.C. § 3161(h)(7)(A),

28
   STIPULATION TO CONTINUE STATUS AND TO EXCLUDE TIME AND [PROPOSED] ORDER
   3:23-cr-00008 JD

(B)(iv). The parties additionally stipulate that the ends of justice served by excluding the period outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

ISMAIL J. RAMSEY
United States Attorney

Dated: September 28, 2023

\_\_\_/s/_____
Danbee Kim
Assistant United States Attorney

\_\_\_/s/_____
Marsanne Weese
Counsel for Defendant Simonoff

STIPULATION TO CONTINUE STATUS AND TO EXCLUDE TIME AND [PROPOSED] ORDER
3:23-cr-00008 JD

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the status conference in the above-captioned matter is continued to October 23, 2023, in San Francisco, Courtroom 11, 19th Floor before Judge James Donato.

Further, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds the ends of justice served by excluding the time from October 2, 2023, through October 23, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 2, 2023 through October 23, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

Dated: 9/28/2023

Hon. James Donato
United States District Judge

STIPULATION TO CONTINUE STATUS AND TO EXCLUDE TIME AND [PROPOSED] ORDER
3:23-cr-00008 JD