```
Marsanne Weese (CASBN 232167)
LAW OFFICES OF MARSANNE WEESE
255 Kansas Street, Suite 340
San Francisco, CA 94103
Tel: (415) 565-9600
Fax: (415) 565-9601
Email: marsanne@marsannelaw.com
```

Attorneys for Adam Nicholas Simonoff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:23-CR-00008-JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING FROM JANUARY 13, 2025, TO MARCH 3, 2025, AT 10:30 A.M. [OR IF THE COURT IS UNAVAILABLE, ANY DATE THERAFTER] |
| v. | |
| ADAM NICHOLAS SIMONOFF, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Adam Nicholas Simonoff the following:

1. Mr. Simonoff pled guilty on August 19, 2024 to both counts in the Information for the above-captioned case.

2. A sentencing hearing is set for January 13, 2025.

3. Mr. Simonoff is on pretrial release.

4. Defense counsel is requesting a continuance of the sentencing hearing because she is currently in trial and needs more time to research an issue in the presentence report, and because the defense's expert needs more time to prepare his report for sentencing. Therefore, defense counsel is requesting a sentencing date on or after March 1, 2025.

5. Defense counsel is currently engaged in a trial in Santa Cruz Superior Court. The estimated time for the trial to end is the last week of February 2025.

6. The parties stipulate and agree that it would be appropriate to continue the sentencing in this case from January 13, 2025, to March 1, 2025 (or any date thereafter if that date is not

convenient for the Court). The continuance would allow sufficient time for incorporation of any new information into a revised presentence report and for the government to respond to information in the defense's expert report at or before Mr. Simonoff's sentencing hearing.

7. The parties stipulate that the deadline for filing sentencing memoranda will be 14 days prior to the rescheduled sentencing hearing date.

8. Probation is amenable to the continuance.

The undersigned defense counsel certifies that she has obtained approval from the undersigned Assistant United States Attorney to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 30, 2024              /s/ Marsanne Weese
                                      MARSANNE WEESE
                                      Counsel for Defendant SIMONOFF

DATED: December 30, 2024              /s/ Wistar Wilson
                                      E. WISTAR WILSON
                                      Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that the sentencing hearing in the above-captioned case should be continued from January 13, 2025, to March 3, 2025.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned case shall be continued from January 13, 2025 to March 3, 2025, and that any sentencing memoranda will be due fourteen (14) days prior to the rescheduled sentencing hearing date.

IT IS SO ORDERED.

DATED: January 6, 2025

_____
THE HONORABLE JAMES DONATO
United States District Judge

3