1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  E. WISTAR WILSON (CABN 324705)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Wistar.Wilson@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:23-CR-00008-JD |
|---|---|---|
| Plaintiff, | ) ) | **JOINT STIPULATION AND MOTION FOR RECONSIDERATION OF ORDER DENYING CONTINUANCE OF APRIL 7, 2025, SENTENCING HEARING** |
| v. | ) ) ) | |
| ADAM NICHOLAS SIMONOFF, | ) ) | |
| Defendant. | ) ) | |

Counsel for the United States and the defendant, Adam Nicholas Simonoff, jointly and respectfully request that this Court reconsider its Order denying the parties' stipulated request for a continuance of Mr. Simonoff's sentencing hearing. Dkt. 42.

The parties were previously scheduled to appear for Mr. Simonoff's sentencing hearing on March 24, 2025. Dkt. 36. The Court continued that hearing *sua sponte* to April 7, 2025. Dkt. 40. Mr. Simonoff's counsel had a preexisting conflict on that date, namely that she was going to be in England from April 2, 2025, through April 13, 2025. The parties inquired with the Court's Courtroom Deputy regarding availability for sentencing on April 28, 2025, and were informed that the next available date after April 28 was May 12. Understanding that May 12, 2025 was the next available date, the parties then filed a stipulated request for a continuance of the April 7, 2025 hearing to May 12, 2025.

JOINT STIP. AND MOT. FOR RECONSIDERATION   1
3:23-CR-00008-JD

The parties are concerned that a manifest injustice will occur if the Court proceeds with Mr. Simonoff's sentencing hearing in the absence of defense counsel of record, who has represented him in this case since its inception. Defense counsel was already outside the country when the Court's April 4, 2025, order denying the parties' request issued. On April 5, 2025, defense counsel located counsel who can appear on April 7, 2025, in her stead. Given the short notice, however, anyone filling in for defense counsel will not be in a position to advocate effectively for Mr. Simonoff at his sentencing hearing.

The undersigned Assistant United States Attorney certifies that she has obtained permission of the undersigned defense counsel to file this stipulation.

IT IS SO STIPULATED.

DATED: April 6, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

___/s/_____
E. WISTAR WILSON
Assistant United States Attorney

DATED: April 6, 2025

___/s/_____
MARSANNE WEESE
Counsel for Defendant SIMONOFF

JOINT STIP. AND MOT. FOR RECONSIDERATION   2
3:23-CR-00008-JD